UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIAN TIMOTHY BRANTLEY,

    Plaintiff,

v.                                   Case No:   2:15-cv-802-FtM-29CM

DRUG ENFORCEMENT
ADMINISTRATION,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Clerk's Default Against Drug Enforcement Administration (Doc. 21), filed on September 19, 2016. Plaintiff seeks entry of clerk's default against Defendant Drug Enforcement Administration ("DEA") for failure to plead of otherwise defend.

In order to effectuate service on the United States or its agencies, a plaintiff must comply with Fed. R. Civ. P. 4(i). Rule 4(i) states in relevant part:

> (1) *United States*. To serve the United States, a party must:
>
> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
>
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.
>
> (2) *Agency; Corporation; Officer or Employee Sued in an Official Capacity.* To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

Fed. R. Civ. P. 4(i).

In this case, on May 12, 2016, the U.S. Marshals Service served the U.S. Attorney for the Middle District of Florida. Doc. 14. On May 16, 2016, the U.S. Marshals Services served the United States Attorney General. Doc. 16. On May 17, 2016, the U.S. Marshals Service subsequently served the DEA at its headquarters in Springfield, Virginia. Doc. 17.

An agency of the United States, like the DEA, has sixty (60) days to file an answer or otherwise respond. Fed. R. Civ. P. 12(a)(2). In this case, the DEA filed its Answer and Affirmative Defenses on September 6, 2016. Doc. 19. Pursuant to Rule 55(a), Federal Rules of Civil Procedure, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Similarly, Middle District of Florida Local Rule 1.07(b) provides:

> When service of process has been effected but no appearance or response is made within the time and manner provided by Rule 12, Fed. R. Civ. P., the party effecting service shall promptly apply to the Clerk for entry of default pursuant to Rule 55(a), Fed. R. Civ. P.

M.D. Fla. R. 1.07(b).  "Courts have a longstanding policy favoring adjudication of lawsuits on the merits, thus defaults are disfavored."  *Bateh v. Colquett D. Trucking, Inc.*, 2011 WL 4501385, *1 (M.D. Fla. 2011) (citing *Kilpatrick v. Town of Davie*, 2008 WL 3851588 (S.D. Fla. 2008).   Simply because a defendant fails to timely respond to a complaint, it does not show an intentional or reckless disregard for judicial proceedings.  *Id.*  Here, the DEA filed its answer before Plaintiff filed the instant motion.

The Court also considers whether there is a meritorious defense to Plaintiff's claims, and a "mere 'hint of a suggestion' that there is a meritorious defense to the claims alleged is sufficient."  *Id.* (internal citation omitted).   Here, the DEA's Answer and Affirmative Defenses provides a "hint of a suggestion" of a meritorious defense to Plaintiff's alleged claims.  Doc. 19.  Thus, the Court finds that a clerk's default is not appropriate in this instance.

ACCORDINGLY, it is hereby

**ORDERED**:

Plaintiff's Motion for Clerk's Default Against Drug Enforcement Administration (Doc. 21) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies: Counsel of record